**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIKHAEL ISSA KAMAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIKHAEL ISSA KAMAR,<br><br>    Defendant | Case No.: Case No.13-CR-00429 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, MIKHAEL ISSA KAMAR, hereby waives his appearance in person in open court upon the status conference set for Monday, April 28, 2014 at 1:00p.m. in Courtroom Three of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 4/18/14                                                      */s/Mikhael Issa Kamar*
                                                                                  MIKHAEL ISSA KAMAR

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant MIKHAEL ISSA KAMAR is hereby excused from appearing at this court hearing scheduled for April 28, 2014 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **April 24, 2014**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE