BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00429 AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 9, 2015.

2. By this stipulation, the parties move to continue the matter to April 13, 2015, at 1:00 p.m. in order to reach a potential resolution in this controlled substance analogue, which presents novel issues and is the first prosecution of its kind in this district. Further, new procedural issues have arisen today, which may impact the resolution of this matter.

3. The parties agree and stipulate, and request that the Court find the following:

a.   Counsel for defendant desires additional time to discuss and effectuate the most favorable resolution possible.

b.   Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2015, to April 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   March 4, 2015.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   March 4, 2015.

*/s/ David Torres*
DAVID TORRES
Counsel for Defendant Kamar

**O R D E R**

IT IS SO FOUND AND ORDERED that the 5th Status Conference is continued from March 9, 2015 to April 13, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  **March 4, 2015**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE