**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIKHAEL ISSA KAMAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MIKHAEL ISSA KAMAR,<br><br>            Defendant | Case No.: 13-cr-00429 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, MIKHAEL ISSA KAMAR, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, April 13, 2015 be continued to Monday, April 27, 2015.

   I am currently in trial in the matter of *People v. Peter Martinez.* BM849535A in the Kern

County Superior Court. Trial is anticipated to last until April 16, 2015.  I have spoken to AUSA

Karen Escobar, and she has no objection to continuing the Status Conference.

   The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                                                 Respectfully Submitted,

DATED: 4/9/2015　　　　　　　　　　　　　　*/s/ David A Torres*_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　MIKHAEL ISSA KAMAR


DATED: 4/9/2015　　　　　　　　　　　　　　*/s/Karen Escobar*_____
　　　　　　　　　　　　　　　　　　　　　　　KAREN ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the 5th Status Conference hearing is continued from April 13, 2015 to April 27, 2015 at 1:00 PM before Judge McAuliffe.   Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **April 9, 2015**　　　　　　　　　　　　/s/ *Barbara A. McAuliffe*_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE