**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIKHAEL ISSA KAMAR

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MIKHAEL ISSA KAMAR, <br><br> Defendant | Case No.: 13-CR-00429 AWI-BAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, MIKHAEL KAMAR, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Tuesday, May 27, 2015 be continued to Monday, July 27, 2015.

 My associate has reviewed the plea agreement with Mr. Kamar, he has neither rejected nor accepted the plea offer.  However, I am requesting additional time to meet with Mr. Kamar to discuss that plea agreement with him personal as well as give him time to consult with his family about the offer.

I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 5/21/15  */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MIKHAEL KAMAR


DATED: 5/21/15  */s/KAREN ESCOBAR*
KAREN ESCOBAR
Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the 6th Status Conference hearing is continued from May 26, 2015 to July 27, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).
IT IS SO ORDERED.

Dated:   **May 21, 2015**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE