**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MIKHAEL ISSA KAMAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIKHAEL ISSA KAMAR,<br><br>Defendant | Case No.:1:13-CR-00429 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, MIKHAEL ISSA KAMAR, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, July 27, 2015 be continued to Monday, September 28, 2015.

I am currently in a multi-defendant trial in the mapper of *People v. Benjamin Jimenez

DF011554B*, in Kern County Superior Court.  Trial is anticipated to last approximately three

weeks.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the

Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:7/22/15                                         */s/ David A Torres*___
                                                                  DAVID A. TORRES
                                                                  Attorney for Defendant
                                                                  MIKHAEL ISSA KAMAR

DATED: 7/22/15                                        */s/Karen Escobar*_____
                                                                  KAREN ESCOBAR
                                                                  Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 6th Status Conference hearing is continued from July 27, 2015 to **September 28, 2015 at 1:00 PM** before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **July 23, 2015**                            /s/ *Barbara A. McAuliffe*_
                                                                  UNITED STATES MAGISTRATE JUDGE