Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

## UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

   Defendant Mikhael Issa Kamar, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

   1.   The Status Conference in this matter is presently set for September 28, 2015, at 1:00 p.m.

   2.   Counsel for the defense have just entered the case, and have not yet received the discovery and plea offer in the case from prior counsel.

3. By this stipulation, the parties move to continue the matter to December 14, 2015, at 1:00 p.m. in order to review the discovery materials, conduct further investigation and reach a potential resolution in this controlled substance analogue case, which presents novel legal issues.

4. The parties further agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to review the discovery and plea offer and effectuate the most favorable resolution possible.

    b. Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation and potential resolution, taking into account the exercise of due diligence.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 28, 2015, to December 14, 2015, inclusive, is deemed excludable, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

    IT IS SO STIPULATED.

**IT IS SO STIPULATED.**

Dated: September 15, 2015         By:   /s/ Donald M. Ré
                                  _____
                                  Donald M. Ré
                                  *Counsel for Defendant*
                                  *Mikhael Issa Kamar*

Dated: September 15, 2015         By:   /s/ Michael H. Artan
                                  _____
                                  Michael H. Artan
                                  *Counsel for Defendant*
                                  *Mikhael Issa Kamar*

                                  Benjamin B. Wagner
                                  United States Attorney

Dated: September 15, 2015         By:   /s/ Karen Escobar
                                  _____
                                  Karen Escobar
                                  Assistant United States Attorney
                                  *Attorney for Plaintiff*
                                  *United States of America*

## ORDER

Based on the above stipulation and good cause appearing for the relief sought, **IT IS HEREBY ORDERED** that the 6th Status Conference presently set for September 28, 2015 is continued to **December 14, 2015 at 1:00 PM**;

**IT IS FURTHER ORDERED** that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

IT IS SO ORDERED.

Dated:   **September 16, 2015**        /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE