Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Mikhael Issa Kamar, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

1. The Status Conference in this matter is presently set for December 14, 2015.

2. Counsel for the defense entered the case in September 2015; and they received the initial discovery in the case from prior counsel later that month.

3. Defense counsel need additional time to analyze certain aspects of the discovery, particularly, numerous expert reports and undercover recordings in the Arabic language. Defense counsel also recently received additional discovery from the government relating to search warrants executed at five locations; this aspect of the case also requires additional preparation time for the defense.

4. By this stipulation, the parties move to continue the Status Conference to March 14, 2016, at 1:00 p.m. in order to allow the defense to review the discovery as described above, conduct further investigation and attempt to reach a resolution in this controlled substance analogue case, which presents novel issues.

5. The parties further agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desire additional time to review the discovery and plea offer and effectuate the most favorable resolution possible.

   b. Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation and potential resolution, taking into account the exercise of due diligence.

   c. Based on the above –stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial with the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of December 14, 2015 to March 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of

justice served by taking such action outweigh the best interest of the public to a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from this period.

**IT IS SO STIPULATED.**


Dated:  December 4, 2015     By:   /s/ Donald M. Ré
                                   _____
                                   Donald M. Ré
                                   *Counsel for Defendant*
                                   *Mikhael Issa Kamar*

Dated:  December 4, 2015     By:   /s/ Michael H. Artan
                                   _____
                                   Michael H. Artan
                                   *Counsel for Defendant*
                                   *Mikhael Issa Kamar*


                                   Benjamin B. Wagner
                                   United States Attorney

Dated:  December 4, 2015     By:   /s/ Karen Escobar
                                   _____
                                   Karen Escobar
                                   Assistant United States Attorney
                                   *Attorney for Plaintiff*
                                   *United States of America*

# ORDER

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Status Conference presently set for December 14, 2015 be continued to **March 14, 2016 at 1:00 p.m. before Judge McAuliffe**;

**IT IS FURTHER ORDERED** that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

IT IS SO ORDERED.

Dated:   **December 4, 2015**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE