Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Mikhael Issa Kamar, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

1. The Status Conference in this matter is presently set for March 14, 2015.

2. Counsel for the defense entered the case in September 2015. The defense received the initial discovery in the case from prior counsel later that month; and in November 2015, the defense received materials relating to five search warrants. The information in the search warrant materials raised questions for the defense as

to whether the applicable controlled substance analogues were legal at the time of the issuance of the search warrants.

3. Defense counsel has analyzed the discovery, particularly, the additional search warrant materials. Based on this analysis, the defense submitted to the government a position paper aimed at resolving the case. The government has indicated that it is in the process of reviewing the defense position paper.

4. The parties are mindful of the fact that the Status Conference has been continued several times. However, the parties intend to utilize the additional time to finalize a resolution of the case; and the parties believe that continuing the Status Conference to May 23, 2016 would be the most expeditious means of moving the case forward.

5. By this stipulation, the parties move to continue the Status Conference to May 23, 2016, at 1:00 p.m. in order to allow the  in this controlled substance analogue case, which presents novel issues.

6. The parties further agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desire additional time to review the discovery and plea offer and effectuate the most favorable resolution possible.
   b. Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation and potential resolution, taking into account the exercise of due diligence.
   c. Based on the above –stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial with the original date prescribed by the Speedy Trial Act.
   d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time

period of December 14, 2015 to March 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public to a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from this period.

**IT IS SO STIPULATED.**

Dated:  March 1, 2016         By:   /s/ Donald M. Ré
                                    _____
                                    Donald M. Ré
                                    *Counsel for Defendant*
                                    *Mikhael Issa Kamar*

Dated:  March 1, 2016         By:   /s/ Michael H. Artan
                                    _____
                                    Michael H. Artan
                                    *Counsel for Defendant*
                                    *Mikhael Issa Kamar*


                                    Benjamin B. Wagner
                                    United States Attorney

Dated:  March 1, 2016         By:   /s/ Karen Escobar
                                    _____
                                    Karen Escobar
                                    Assistant United States Attorney
                                    *Attorney for Plaintiff*
                                    *United States of America*

# ORDER

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the 6th Status Conference presently set for March 14, 2016 be continued to **May 23, 2016 at 1:00 p.m. before Judge McAuliffe.** The Court intends on setting a trial date at the May 23, 2016 hearing.

**IT IS FURTHER ORDERED** that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

IT IS SO ORDERED.

Dated:   **March 3, 2016**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE