JOZEL BRUNETT, Chief Counsel, Bar No. 124188
TODD M. BAILEY, Tax Counsel IV, Lead, Bar No. 109519
FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone: (916) 845-6340
Fax: (916) 845-3648

Attorneys for
FRANCHISE TAX BOARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKHAEL ISSA KAMAR, aka MICHAEL KAMAR,<br><br>        Defendant. | Case No. 1:13-cr-00429-DAD-BAM-1<br><br>NOTICE OF STATE TAX LIEN |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to California Government Code section 7173 and California Revenue and Taxation Code section 19221, the Franchise Tax Board ("FTB") hereby files notice of and claims a tax lien in the amount of $880,072.73 plus current daily interest in the amount of $72.11, after June 3, 2016, as provided for in California Revenue and Taxation Code section 19101, upon the any claims, rights or causes of action of Mikhael I. Kamar ("Taxpayer"), in the above-captioned case. Attached hereto as Exhibit "A" is FTB's Certificate of Tax Due and Delinquency against Taxpayer. The Certificate of Tax Due and Delinquency is "prima facie evidence of the levy of the tax, penalties and interest of the delinquency" and of FTB's compliance with statutes relating to computation and levy of the tax. (Cal. Rev. & Tax. Code § 19374.)

Pursuant to California Government Code section 7173:

1. This lien shall have priority from the time of filing of this Notice herein;

2. Upon the filing of this Notice, THERE SHALL BE NO COMPROMISE, DISMISSAL, SETTLEMENT, OR SATISFACTION entered into by or on behalf of the Taxpayer with any other party, lienor or intervenor in this case WITHOUT THE CONSENT OF THE FTB unless the lien is sooner released or otherwise discharged;

3. The Clerk of the Court shall endorse upon any judgment recovered in this action or proceeding a statement of the existence of this lien and the time of the filing of this Notice in the action or proceeding; and

4. Any abstract issued on the judgment shall include a statement of this lien, in favor of FTB.

DATED: June 3, 2016

                                      FRANCHISE TAX BOARD
                                      JOZEL BRUNETT, CHIEF COUNSEL

                                      By:   /s/ Todd M. Bailey
                                              TODD M. BAILEY
                                      Attorneys for FRANCHISE TAX BOARD

# EXHIBIT A

**State of California**
**Franchise Tax Board**
**Certificate of Tax Due and Delinquency**

Filed Pursuant to Part 10.2, Division 2, Revenue and Taxation Code

State of California        )
                           ) ss.
County of Sacramento       )

The Franchise Tax Board certifies that:

The taxpayer is delinquent in payment of tax, penalties, and interest imposed upon the taxpayer under the provisions of the California Revenue and Taxation Code.

The name of the taxpayer, the last known address, and the amount of tax, penalties, and interest with reference to which the taxpayer is delinquent are as follows:

MIKHAEL I KAMAR
12200 CONNERY WAY
BAKERSFIELD CA 93312-4662

| Tax Year | Tax | Penalties | Interest | Fees | Payments | Total |
|---|---|---|---|---|---|---|
| 2012 | $550,732.00 | $274,106.25 | $74,587.95 | $281.00 | $19,634.47 | $880,072.73 |
| **Total Liened** | $550,732.00 | $274,106.25 | $74,587.95 | $281.00 | $19,634.47 | $880,072.73 |

Balance as of the date of this certificate of the liabilities secured by a recorded or filed Notice of State Tax Lien.
The current per diem on these liabilities is $72.11.

The following Notice(s) of State Tax Lien have/has been recorded or filed:

Cert No. 15160680752 recorded in Kern County on June 9, 2015, for the tax year 2012 under Instrument No. 215073547.

The taxpayer is indebted to the State of California in the above amount; no part of the indebtedness has been paid and the whole thereof is now due, owing and unpaid from the taxpayer to the State of California; the Franchise Tax Board has fully complied with all provisions of the Revenue and Taxation Code relating to the computation and levy of tax, penalties, and interest.

IN WITNESS WHEREOF the Franchise Tax Board has caused this Certificate to be executed in its name and on its behalf and its seal to be affixed by the undersigned, thereunto duly authorized.

Dated: June 3, 2016

(Seal)

FRANCHISE TAX BOARD
of the State of California

BY........[signature]........
Leslie Yorston, Advisor
(916) 845-3561