Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant
Mikhael Issa Kamar*

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | **REQUEST AND ORDER TO SEAL DOCUMENTS** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

In a separate filing, Defendant Mikhael Issa Kamar, by his counsel, and plaintiff United States of America, by its counsel, have stipulated to continue the Status Conference in this matter is presently set for September 12, 2016.

The stipulation includes health information concerning the Defendant which should remain outside the public view and the Defendant therefore requests that the Stipulation and Order to Continue the September 12, 2016 Status Conference be filed under seal and remain sealed until further order of the Court. It is further requested that the parties and their counsel be permitted access to the documents.

Respectfully submitted,

Dated: August 19, 2016        By:    /s/ Donald M. Ré
                                     Donald M. Ré
                                     *Counsel for Defendant*
                                     *Mikhael Issa Kamar*

Dated: August 19, 2016        By:    /s/ Michael H. Artan
                                     Michael H. Artan
                                     *Counsel for Defendant*
                                     *Mikhael Issa Kamar*

## ORDER

Based on the above stipulation and good cause appearing for the relief sought, the Stipulation and Order to Continue the September 12, 2016 Status Conference shall be filed under seal and remain sealed until further order of the Court.

IT IS SO ORDERED.

Dated:   **August 22, 2016**                    _____
                                                UNITED STATES DISTRICT JUDGE