PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIKHAEL ISSA KAMAR, <br><br> Defendant. | CASE NO. 1:13-cr-0429 DAD-BAM <br><br> STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 23, 2017.

2. By this stipulation, the parties move to continue the matter to March 13, 2017, at 1:00 p.m. in order to allow the government sufficient time to obtain medical records and relevant documents from the defense in order to conduct an independent competency evaluation of the defendant.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defense has obtained a competency examination of the defendant.

b. Counsel for the government needs sufficient time to obtain relevant material from the defense in order to conduct an independent competency examination of the defendant.

c. Counsel for the parties believe that failure to grant the above-requested continuance is necessary to ensure that the defendant is competent.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2075, to March 13, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(1)(A), (7)(A) because it results from a proceeding, including examinations, to determine the mental competency of the defendant and a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      January 13, 2017.      Respectfully submitted,

                                   PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Karen A. Escobar*
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney

DATED:     January 13, 2017.

*/s/ Michael H. Artan*
MICHAEL H. ARTAN
Counsel for Defendant Kamar

DATED:     January 13, 2017.

/s/ Donald Ré
DONALD RÉ
Counsel for Defendant Kamar

# O R D E R

IT IS SO FOUND AND ORDERED that 7th Status Conference is continued from January 23, 2017 at 1:00PM to March 13, 2017 at 1:00PM before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C.§§ 3161(h)(1)(A), (7)(A).

IT IS SO ORDERED.

Dated:   **January 13, 2017**                    /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE