Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele: 213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | ***EXPARTE* APPLICATION TO ALLOW DEFENDANT TO TRAVEL TO SAN FRANCISCO; DECLARATION OF COUNSEL; [~~PROPOSED~~] ORDER** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL**:

Defendant Mikhael Issa Kamar, by his counsel, hereby applies *ex parte* for an order allowing him to travel to San Francisco, California, from December 22, 2017 through December 26, 2017, to accompany his family and visit his mother-in-law.

This application is based on the record of this case, the points and authorities below, the Declaration of Michael H. Artan, below, as well as additional argument, evidence and authority the court accepts.

According to counsel for the government, "Pretrial is not opposed to this limited travel to San Francisco. According to Pretrial, [Mr. Kamar] has been compliant. In light of his satisfactory performance while on release conditions, the government is not opposed. However, you still need permission from the Court to travel. You can certainly represent the government's position. He needs to report to Pretrial when he gets back to Bakersfield."

Respectfully submitted,

Dated: December 21, 2017  /s/ Michael H. Artan
_____
Michael H. Artan
*Counsel for Defendant*
*Mikhael Issa Kamar*

# POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER ALLOWING DEFENDANT TO TRAVEL

## I. INTRODUCTION

Defendant Mikhael Issa Kamar is respectfully seeking permission to travel to San Francisco, California from December 22, 2017 through December 26, 2017 to accompany his family and visit his mother-in-law.

According to counsel for the government, "Pretrial is not opposed to this limited travel to San Francisco. According to Pretrial, [Mr. Kamar] has been compliant. In light of his satisfactory performance while on release conditions, the government is not opposed."

## II. FACTS RELEVANT TO THIS APPLICATION

Among the conditions of release for defendant Mikhael Issa Kamar is that he stays within the Eastern District of California, "unless otherwise approved in advance by PSO...." [The conditions are found in Document 9, filed on January 7, 2014.]

On December 18, 2017, the Defendant's wife, Suhaila Kamar, sought permission from Pretrial Services for the Defendant to travel with the family to visit her mother in San Francisco from December 22, 2017 to December 26, 2017.

On December 18, 2017, the Pretrial Services Specialist Frank Guerrero replied by email, "It is best if you obtain approval from the Court going forward. Mr. Kamar's attorney can reach out to the AUSA and they can agree and filed the necessary paperwork. Thanks."

That day, counsel for the Defendant sought agreement from the government. On December 20, 2017, Assistant U.S. Attorney Karen Escobar emailed the defense and stated, "Pretrial is not opposed to this limited travel to San Francisco. According to Pretrial, [Mr. Kamar] has been compliant. In light of his satisfactory

performance while on release conditions, the government is not opposed. However, you still need permission from the Court to travel. You can certainly represent the government's position. He needs to report to Pretrial when he gets back to Bakersfield."

### III. THE COURT HAS THE POWER TO MODIFY CONDITIONS OF RELEASE

18 U.S.C. section 3142 (c) addresses the manner in which the court may order imposition of pretrial release conditions to assure the defendant's appearance and secure the public safety. As to such orders, 18 U.S.C. section 3142 (c) (3), provides that the court, "may at any time amend the order to impose additional or different conditions of release."

With the defendant having abided by his conditions of release, and U.S. Pretrial Services agreeing to the relief sought, it follows that this Court may modify the conditions of Mr. Kamar's release to allow him to make the trip at issue.

### IV. CONCLUSION

For the above reasons, defendant Mikhael Issa Kamar seeks an order modifying the conditions of his release to allow him to travel to San Francisco, California from December 22, 2017 through December 26, 2017.

Respectfully submitted,

Dated: December 21, 2017        /s/ Michael H. Artan

_____
Michael H. Artan
*Counsel for Defendant*
*Mikhael Issa Kamar*

# **DECLARATION OF MICHAEL H. ARTAN**

I, Michael H. Artan, declare:

1. I am counsel for the defendant Mikhael Issa Kamar in this case. I make this declaration in support of the above application for an order allowing him to travel to San Francisco, California from December 22, 2017 through December 26, 2017. Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called to testify, I could and would testify to the truth of these facts.

2. Among the conditions of release for defendant Mikhael Issa Kamar is that he stays within the Eastern District of California, "unless otherwise approved in advance by PSO...." [The conditions are found in Document 9, filed on January 7, 2014.]

3. On December 18, 2017, the Defendant's wife, Suhaila Kamar, sought permission, by email, from Pretrial Services for the Defendant to travel with the family to visit her mother in San Francisco from December 22, 2017 to December 26, 2017.

4. On December 18, 2017, the Pretrial Services Specialist Frank Guerrero replied by email, "It is best if you obtain approval from the Court going forward. Mr. Kamar's attorney can reach out to the AUSA and they can agree and filed the necessary paperwork. Thanks."

5. On December 18, 2017, I sought agreement from the government by an email to Assistant U.S. Attorney Karen Escobar.

6. On December 20, 2017, Ms. Escobar emailed me and stated:
   "Pretrial is not opposed to this limited travel to San
   Francisco. According to Pretrial, your client has been
   compliant. In light of his satisfactory performance while on
   release conditions, the government is not opposed.
   However, you still need permission from the Court to

*EX PARTE* APPLICATION TO ALLOW DEFENDANT TO TRAVEL TO SAN FRANCISCO - 5

travel. You can certainly represent the government's position. He needs to report to Pretrial when he gets back to Bakersfield."

I declare under penalty of perjury that the above is true and correct and that his declaration is executed at Los Angeles, California, on December 21, 2017.

/s/ Michael H. Artan

_____

Michael H. Artan

# [~~PROPOSED~~] ORDER

The Defendant having applied, and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that defendant Mikhael Issa Kamar is allowed travel to San Francisco, California from December 22, 2017 through December 26, 2017;

**IT IS FURTHER ORDERED** that defendant is to report to Pretrial Services upon his return to Bakersfield.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **December 21, 2017**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE