| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KAREN A. ESCOBAR |
| | Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a competency hearing on July 30, 2018, subject to the availability of the expert witnesses. Thereafter, it was determined that the government's expert is not available on that date.

2. By this stipulation, the parties move to continue the matter to September 4, 2018, at 1:30 p.m. in order to allow the government to present the testimony of its expert.

3. The parties agree and stipulate, and request that the Court find the following:

    a. A continuance is necessary due to the unavailability of an essential witness.

    b. The parties further agree that the defense will provide any response to the government's expert's report on or before April 30, 2018.

1

c. The parties also agree that the date for submission of expert reports to the Court and any briefing will remain on June 29, 2018.

c. Counsel for the parties believe that failure to grant the above-requested continuance is necessary to ensure that the defendant is competent to proceed.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 30, 2018, to September 4, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(1)(A), (7)(A), and 7(B)(iv). because it results from the need to ensure competency and the availability of the government's expert witness, as well as a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 2, 2018.  Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 13, 2017.

*/s/ Michael H. Artan*
MICHAEL H. ARTAN
Counsel for Defendant Kamar

///

DATED: October 13, 2017.

                              */s/ Donald Ré*
                              DONALD RÉ
                              Counsel for Defendant Kamar

**O R D E R**

IT IS SO ORDERED.

Dated: **March 5, 2018**                          /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE