UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKHAEL ISSA KAMAR,<br><br>Defendant. | Case No. 1:13-cr-00429-DAD-BAM<br><br><br>SEALING ORDER |

The court has reviewed and considered the parties' stipulated request for an order sealing documents (Doc. 75) in this case. Good cause appearing, defendant's brief in support of his motion to determine his mental competency along with expert reports, Exhibits A through E, shall be filed under seal until further order of the court.

It is further ordered that access to the report shall be limited to the government and counsel for the defendant.

IT IS SO ORDERED.

Dated: **June 29, 2018**

UNITED STATES DISTRICT JUDGE

1