UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKHAEL ISSA KAMAR,<br><br>Defendant. | Case No. 1:13-cr-00429-DAD-BAM<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR EVIDENTIARY HEARING |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter is currently set for an evidentiary hearing regarding competency on September 4, 2018, at 1:30 p.m.

2. The parties agree to allow the government additional time to respond to the defendant's brief and rebuttal of the government's expert. Accordingly, the parties agree to allow the government to submit its brief on or before July 27, 2018.

3. The parties further agree to allow the defendant to file a responsive brief on or before August 24, 2018.

////

////

IT IS SO STIPULATED.

1

DATED: June 30, 2018. Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: June 30, 2018.

/s/ Michael Artan
MICHAEL ARTAN
DONALD RE
Counsel for Mikhael Issa Kamar

# O R D E R

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **July 5, 2018**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE