Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MIKHAEL ISSA KAMAR,<br><br>          Defendant.<br>_____/ | Case No.: 1:13-cr-00429-DAD-BAM<br><br>**REQUEST TO SEAL DOCUMENTS; ORDER** |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

    Defendant Mikhael Issa Kamar, by his counsel, is filing the Defendant's Reply Brief In Support Of His Motion To Determine His Mental Competency  ("Reply Brief"). The Reply Brief includes health information concerning the Defendant which should remain outside the public view; the Defendant therefore requests that the Reply Brief be filed under seal and remain sealed until further order of the Court. It is further requested that the parties and their counsel be permitted access to the documents. (*See Local Rules 140-141).*

Respectfully submitted,

Dated: August 24, 2018     By: /s/ Donald M. Ré
_____
Donald M. Ré
*Counsel for Defendant*
*Mikhael Issa Kamar*

Dated: August 24, 2018     By: /s/ Michael H. Artan
_____
Michael H. Artan
*Counsel for Defendant*
*Mikhael Issa Kamar*

**ORDER**

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that the Defendant's Reply Brief In Support Of His Motion To Determine His Mental Competency be filed under seal and remain sealed until further order of the Court, with the parties and their counsel permitted access to the documents.

IT IS SO ORDERED.

Dated: __**August 24, 2018**__          _Dale A. Drozd_
_____
UNITED STATES DISTRICT JUDGE