Donald M. Ré (State Bar No. 49079)
624 South Grand Avenue, 22nd Floor
Los Angeles, CA   90017
Tele: 213/623-4234 Fax: 213/623-6101
donaldmreplc@yahoo.com

Michael H. Artan (State Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Tele:  213/688-0370 Fax: 213/627-9201
Email: michaelartan@yahoo.com

*Counsel for Defendant*
*Mikhael Issa Kamar*

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00429-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING RE COMPETENCY** |
| MIKHAEL ISSA KAMAR, | |
| Defendant. | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Defendant Mikhael Issa Kamar, by his counsel, and plaintiff United States of America, by its counsel, hereby stipulate as follows:

1. An evidentiary hearing is presently set on September 4, 2018 at 1:30 PM to determine Defendant's competency.

2. Defendant has been hospitalized since August 2, 2018; the defense has been informed it is unlikely Defendant will be able to attend the hearing presently set for September 4, 2018.

3. The defense also asserts that medical records concerning Defendant's current hospitalization would be relevant to a determination of Defendant's competency and that such records are not yet available.

4. By this stipulation, and based on the above, the parties move to continue the evidentiary hearing to November 13, 2018 at 1:30 PM.

5. The parties further agree and stipulate, and request that the Court find the following:

   a. Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant a reasonable opportunity to present an effective defense, taking into account the exercise of due diligence.

   b. Based on the above–stated assertions, the ends of justice served by continuing the case as requested outweigh the interest of the public and a defendant in a trial with the original date prescribed by the Speedy Trial Act.

   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of September 4, 2018 to November 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public to a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from this period.

**IT IS SO STIPULATED.**

Dated: August 28, 2018                By:    /s/ Donald M. Ré

                                             _____
                                             Donald M. Ré
                                             *Counsel for Defendant*
                                             *Mikhael Issa Kamar*

| | | | |
|---|---|---|---|
| Dated: August 28, 2018 | | By: | /s/ Michael H. Artan |

Michael H. Artan
*Counsel for Defendant*
*Mikhael Issa Kamar*

McGregor W. Scott
United States Attorney

| | | | |
|---|---|---|---|
| Dated: August 28, 2018 | | By: | /s/ Karen Escobar |

Karen Escobar
Assistant United States Attorney
*Attorney for Plaintiff*
*United States of America*

## ORDER

Based on the above stipulation and good cause appearing for the relief sought, the evidentiary hearing re Defendant's competency presently set for September 4, 2018 be continued to November 13, 2018 at 1:30 PM.

**IT IS FURTHER ORDERED** that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(i).

IT IS SO ORDERED.

Dated: __**August 29, 2018**__  /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE