McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Room 4-401
Fresno, CA   93721
(559)  497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> V. <br><br> MIKHAEL ISSA KAMAR, <br><br> DEFENDANT. | NO.  1:13-CR-00429 DAD <br><br> MOTION TO DISMISS INDICTMENT <br> (Fed. R. Crim. P. 48(a)) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves to dismiss the indictment without prejudice as to Mikhael Issa Kamar only.  According to a death certificate, Mr. Martinez passed away on September 2, 2018.

Dated:  September 26, 2018

McGREGOR W. SCOTT
United States Attorney

 /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Motion to Dismiss                                                          1