UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKHAEL ISSA KAMAR,<br><br>Defendants. | No.  1:13-CR-00429 DAD<br><br><br>ORDER |

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Mikhael Issa Kamar without prejudice. In light of this order, the evidentiary hearing scheduled for Monday, November 13, 2018, is vacated.

IT IS SO ORDERED.

Dated:   **September 26, 2018**              _Dale A. Drozd_

UNITED STATES DISTRICT JUDGE

1